# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 20 WELFARE AND BENEFIT FUND, and INDIANA CARPENTERS WELFARE FUND, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC. and CAREMARK, L.L.C., <br><br> Defendants. | Case No. 1:16-cv-00046-S |
| PLUMBERS WELFARE FUND, LOCAL 130, U.A., on behalf of itself and all others similarly situated , <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC. and CAREMARK, L.L.C., <br><br> Defendants. | Case No. 1:16-cv-00447-S |

## STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO MOTION FOR CLASS CERTIFICATION

Pursuant to Local Rule (Civil) 29, by and through their attorneys of record, Defendants in the above-captioned matters respectfully request, with Plaintiffs' consent, that the Court enter this Stipulation to amend the current schedule.

On April 29, 2019, Plaintiffs filed a Motion for Class Certification.

The Court's current schedule requires Defendants to respond to Platintiffs' Motion for Class Certification by June 3, 2019 and Plaintiffs to file their reply by July 1, 2019.

Four of the lawyers from Williams & Connolly LLP who are representing Defendants in these actions, including lead counsel Enu Mainigi, are also representing CVS Pharmacy, Inc. in a trial in Texas beginning on June 3, 2019.  The trial is expected to last for approximately three weeks, until Friday, June 21, 2019.

Due to counsel's overlapping responsibilities of filing a response to the Motion for Class Certification on June 3, 2019 and starting trial in Texas on the same day, Defendants respectfully request that the Court extend the time for filing a response to the Motion for Class Certification until July 3, 2019, twelve days after the expected conclusion of the trial in Texas, and extend the time for Plaintiffs to reply until July 31, 2019.

Plaintiffs have consented to this request.


**DATED**:  May 17, 2019

| For Plaintiffs: | For Defendants: |
| --- | --- |
| /s/ *Elizabeth A. Fegan* | /s/ *Robert C. Corrente* |
| | |
| Stephen M. Prignano (3649) | Robert C. Corrente |
| MCINTYRE TATE LLP | WHELAN, CORRENTE, FLANDERS, KINDER & SIKET LLP |
| 321 South Main Street, Suite 400 | 100 Westminster Street, Suite 710 |
| Providence, Rhode Island 02903 | Providence, RI 02903 |
| Tel: (401) 351-7700 Ext. 227 | Tel: (401) 270-4500 |
| Fax: (401) 331-6095 | Fax: (401) 270-3760 |
| Email: smp@mtlesq.com | rcorrente@whelancorrente.com |
| | |
| Steve W. Berman (*pro hac vice*) | |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Enu Mainigi (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | William T. Burke (*pro hac vice*) |
| Seattle, WA 98101 | Grant A. Geyerman (*pro hac vice*) |
| Tel: (206) 623-7292 | WILLIAMS & CONNOLLY LLP |
| Fax: (206) 623-0594 | 725 Twelfth St., N.W. |
| Email: steve@hbsslaw.com | Washington, DC 20005 |

Elizabeth A. Fegan (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
Email: beth@hbsslaw.com

Ben Harrington (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: benh@hbsslaw.com

Donald F. Harmon (*pro hac vice*)
BURKE BURNS & PINELLI, LTD.
Three First National Plaza
70 West Madison Street, Suite 4300
Chicago, IL 60602
Email: dharmon@bbp-chicago.com

William Riley (*pro hac vice*)
RILEY WILLIAMS & PIATT, LLC
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Tel: (317) 633-5270
Fax: (317) 426-2248
Email: wriley@rwp-law.com

Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
wburke@wc.com
ggeyerman@wc.com

IT IS ON this _____ day of May, 2019,

ORDERED that Defendants' time for responding to the Motion for Class Certification is extended until July 3, 2019 and Plaintiffs' time for filing their reply is extended until July 31, 2019.

_____
THE HONORABLE WILLIAM E. SMITH, C.J.

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019 the foregoing **STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO MOTION FOR CLASS CERTIFICATION** was filed via the CM/ECF system and is available for viewing and downloading from the ECF system and that the following counsel for plaintiffs will receive notice through the ECF system:

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com

Elizabeth A. Fegan (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
Email: beth@hbsslaw.com

Ben Harrington (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: benh@hbsslaw.com

Stephen M. Prignano (3649)
MCINTYRE TATE LLP
321 South Main Street, Suite 400
Providence, Rhode Island 02903
Tel: (401) 351-7700 Ext. 227
Fax: (401) 331-6095
Email: smp@mtlesq.com

William Riley (*pro hac vice*)
RILEY WILLIAMS & PIATT, LLC
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204
Tel: (317) 633-5270
Fax: (317) 426-3348
Email: wriley@rwp-law.com

Donald F. Harmon (*pro hac vice*)
BURKE BURNS & PINELLI, LTD.
Three First National Plaza
70 West Madison Street, Suite 4300
Chicago, IL 60602
Email: dharmon@bbp-chicago.com

By: /s/ Grant A. Geyerman