# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 20 WELFARE AND BENEFIT FUND, and INDIANA CARPENTERS WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CVS PHARMACY, INC. and CAREMARK, L.L.C.,<br><br>      Defendants. | Case No. 1:16-cv-00046-S |
| PLUMBERS WELFARE FUND, LOCAL 130, U.A., on behalf of itself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CVS PHARMACY, INC. and CAREMARK, L.L.C.,<br><br>      Defendants. | Case No. 1:16-cv-00447-S |

### STIPULATION TO AMEND SCHEDULING ORDER
### TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO
### MOTION FOR CLASS CERTIFICATION AND FOR PLAINTIFFS TO REPLY

Pursuant to Local Rule (Civil) 29, by and through their attorneys of record, Defendants in the above-captioned matters respectfully request, with Plaintiffs' consent, that the Court enter this Stipulation to amend the current schedule.

On April 29, 2019, Plaintiffs filed a Motion for Class Certification.

The Court's current schedule requires Defendants to respond to Platintiffs' Motion for Class Certification by July 3, 2019 and Plaintiffs to file their reply by July 31, 2019.

Four of the lawyers from Williams & Connolly LLP who are representing Defendants in these actions, including lead counsel Enu Mainigi, completed a three-week trial in Texas on June 19, 2019.

Defendants respectfully request that the Court extend their time for filing a response to the Motion for Class Certification for two weeks until July 17, 2019 and extend the time for Plaintiffs to reply until September 6, 2019.

Plaintiffs have consented to this request.

**DATED**:  June 27, 2019

| For Plaintiffs: | For Defendants: |
|---|---|
| /s/ *Elizabeth A. Fegan* | /s/ *Robert C. Corrente* |
| Steve W. Berman (*pro hac vice*) | Robert C. Corrente |
| Barbara Mahoney (*pro hac vice)* | WHELAN, CORRENTE, FLANDERS, KINDER & SIKET LLP |
| HAGENS BERMAN SOBOL SHAPIRO LLP | 100 Westminster Street, Suite 710 |
| 1301 Second Avenue, Suite 2000 | Providence, RI 02903 |
| Seattle, WA 98101 | Tel: (401) 270-4500 |
| Tel: (206) 623-7292 | Fax: (401) 270-3760 |
| Fax: (206) 623-0594 | rcorrente@whelancorrente.com |
| Email: steve@hbsslaw.com | |
| Email: barbaram@hbsslaw.com | Enu Mainigi (*pro hac vice*) |
| | William T. Burke (*pro hac vice*) |
| Elizabeth A. Fegan (*pro hac vice*) | Grant A. Geyerman (*pro hac vice*) |
| FEGAN SCOTT LLC | WILLIAMS & CONNOLLY LLP |
| 150 S. Wacker Dr., 24th Floor | 725 Twelfth St., N.W. |
| Chicago, IL 60606 | Washington, DC 20005 |
| Tel: (312) 741-1019 | Tel: (202) 434-5000 |
| Email: beth@feganscott.com | Fax: (202) 434-5029 |
| | emainigi@wc.com |
| Zoran Tasić (*pro hac vice*) | wburke@wc.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | ggeyerman@wc.com |
| 455 N. Cityfront Plaa Dr., Suite 2510 | |
| Chicago, IL 60611 | |
| Tel: (708) 628-4949 | |

Fax: (708) 628-4950
Email: zorant@hbsslaw.com

Stephen M. Prignano (3649)
MCINTYRE TATE LLP
321 South Main Street, Suite 400
Providence, Rhode Island 02903
Tel: (401) 351-7700 Ext. 227
Fax: (401) 331-6095
Email: smp@mtlesq.com

Donald F. Harmon (*pro hac vice*)
BURKE BURNS & PINELLI, LTD.
Three First National Plaza
70 West Madison Street, Suite 4300
Chicago, IL 60602
Tel: (312) 541-8600
Email: dharmon@bbp-chicago.com

William Riley (*pro hac vice*)
RILEY WILLIAMS & PIATT, LLC
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Tel: (317) 633-5270
Fax: (317) 426-2248
Email: wriley@rwp-law.com

IT IS ON this ____ day of June, 2019,

ORDERED that Defendants' time for responding to the Motion for Class Certification is extended until July 17, 2019 and the Plaintiffs' time for filing their reply is extended until September 6, 2019.

_____
THE HONORABLE WILLIAM E. SMITH, C.J.

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2019 the foregoing **STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO MOTION FOR CLASS CERTIFICATION AND FOR PLAINTIFFS TO REPLY** was filed via the CM/ECF system and is available for viewing and downloading from the ECF system and that the following counsel for plaintiffs will receive notice through the ECF system:

Steve W. Berman (*pro hac vice*)
Barbara Mahoney (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: (312) 741-1019
beth@feganscott.com

Zoran Tasić (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaa Dr., Suite 2510
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
Email: zorant@hbsslaw.com

Stephen M. Prignano (3649)
MCINTYRE TATE LLP
321 South Main Street, Suite 400
Providence, Rhode Island 02903
Tel: (401) 351-7700 Ext. 227
Fax: (401) 331-6095
Email: smp@mtlesq.com

William Riley (*pro hac vice*)
RILEY WILLIAMS & PIATT, LLC
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204
Tel: (317) 633-5270
Fax: (317) 426-3348
Email: wriley@rwp-law.com

Donald F. Harmon (*pro hac vice*)
BURKE BURNS & PINELLI, LTD.
Three First National Plaza
70 West Madison Street, Suite 4300
Chicago, IL 60602
Tel: (312) 541-8600
Email: dharmon@bbp-chicago.com

                By: /s/ *Grant Geyerman*_____